*State of Illinois, et al. v. U.S. Department of Health and Human Services, et al.*

<u>List of Plaintiffs</u>

State of Illinois

State of California

State of Connecticut

State of Maryland

Commonwealth of Massachusetts

State of Colorado

State of Delaware

District of Columbia

State of Hawai‘i

State of Maine

State of Michigan

State of Minnesota

State of Nevada

State of New Jersey

State of New York

State of Oregon

Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania

State of Rhode Island

State of Vermont

State of Virginia

State of Washington

State of Wisconsin

<u>List of Defendants</u>

United States Department of Health and Human Services

Robert F. Kennedy, in his official capacity as the Secretary of the Department of Health and Human Services

Centers for Medicare and Medicaid Services

Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services

List of Plaintiffs' Lawyers

**Attorneys for Plaintiff State of Illinois**
Aleeza Strubel
Elizabeth B. Scott
Abigail R. Durkin
Elena S. Meth
Katharine P. Roberts
Office of the Illinois Attorney General
115 S. LaSalle St., 35th Floor
Chicago, IL 60603
Tel: (773) 914-3046

**Attorney for Plaintiff State of Connecticut**
Alma Rose Nunley
Assistant Solicitor General
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
Tel: (860) 808-5318

**Attorneys for Plaintiff State of California**
Shireen Farahani
Hilary Burke Chan
Nimrod Pitsker Elias
California Department of Justice
1515 Clay St., Suite 2000
Oakland, CA 94612

**Attorneys for Plaintiff State of Maryland**
Michael Drezner
Lauren Gorodetsky*
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
Tel: (410) 576-7057

**Attorneys for Plaintiff Commonwealth of Massachusetts**
Allyson Slater (BBO No. 704545)
Adam M. Cambier (BBO No. 690525)
Jak Kundl (BBO No. 713951)
Morgan Carmen (BBO No. 716769)
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: (617) 963-2811

**Attorneys for Plaintiff State of Colorado**
Gabe Podesta
Ryan Lorch
Colorado Office of the Attorney General
1300 Broadway, 10th Fl.
Denver, CO 80203
Tel: (720) 508-6000

**Attorneys for Plaintiff State of Delaware**
Ian R. Liston
Vanessa L. Kassab
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel: (302) 683-8899

**Attorney for Plaintiff District of Columbia**
Siena Rose Mary Hohne
Office of the Attorney General for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
Tel: (202) 705-1289

**Attorney for Plaintiff State of Hawai‘i**
Kaliko‘onālani D. Fernandes
Hawai‘i Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1360

**Attorney for Plaintiff State of Maine**
Kendall R. Schutzer
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel: (207) 626-8452

**Attorneys for the Plaintiff State of Michigan**
Daniel J. Ping
Neil Giovanatti
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
Tel: (517) 241-1050

**Attorney for Plaintiff State of Minnesota**
Lindsey E. Middlecamp
Minnesota Office of the Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
Tel (651) 300-0711

**Attorney for Plaintiff State of Nevada**
K. Brunetti Ireland
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119

**Attorneys for Plaintiff State of New Jersey**
Andrea I. Cavazos
Kevin Bui
Office of the New Jersey Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5276

**Attorneys for Plaintiff State of New York**
Rabia Muqaddam
Linda B. Evarts
Molly Brachfeld
Andres Ivan Navedo
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005
Tel: (212) 416-8333

**Attorney for Plaintiff State of Oregon**
Allie M. Boyd
Oregon Office of the Attorney General
100 SW Market Street
Portland, OR 97201
Tel: (971) 947-4700

**Attorney for Plaintiff Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania**
Aimee D. Thomson
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
Tel: (223) 234-4986

**Attorney for Plaintiff State of Rhode Island**
Lee B. Staley
Rhode Island Office of the Attorney General
150 South Main Street Providence, RI 02903
Tel: (401) 274-4400

**Attorney for Plaintiff State of Vermont**
Samuel B. Stratton
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171

**Attorney for Plaintiff Commonwealth of Virginia**
Megan C. Keenan
Virginia Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 997-5222

**Attorneys for Plaintiff State of Washington**
William McGinty
Cristina Sepe
Lauryn K. Fraas
Neal Luna
Washington Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tel: (206) 464-7744

**Attorney for Plaintiff State of Wisconsin**
Jody J. Schmelzer
Wisconsin Office of the Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
Tel: (608) 266-3094