**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF ILLINOIS, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.

Defendants.

Civil Action No. 26-cv-14051

**NOTICE OF APPEARANCE**

Please enter the appearance of Allyson Slater as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

Respectfully submitted,

**COMMONWEALTH OF MASSACHUSETTS**

By and through its Attorneys

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS

*/s/ Allyson Slater*
Allyson Slater (BBO No. 704545)
Director, Reproductive Justice Unit
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2211
Allyson.slater@mass.gov

Dated September 2, 2026

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Allyson Slater*
Allyson Slater