**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *STATE OF ILLINOIS, et al.*<br><br>Plaintiffs,<br><br>v.<br><br>*UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.*<br><br>Defendants. | Civil Action No. 1:26-cv-14051 |

**MOTION FOR ADMISSION PRO HAC VICE OF ABIGAIL DURKIN, ELENA METH, KATHARINE ROBERTS, LIZA SCOTT, AND ALEEZA STRUBEL**

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move for the admission *pro hac vice* of Abigail Durkin, Elena Meth, Katharine Roberts, Liza Scott, and Aleeza Strubel, each a member of the bar of Illinois, to serve as counsel for Plaintiff Illinois in this matter. Certifications by each of the aforementioned attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith.

WHEREFORE, this Court should admit Abigail Durkin, Elena Meth, Katharine Roberts, Liza Scott, and Aleeza Strubel*, pro hac vice* to the bar of this Court.

September 2, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Jak Kundl
Jak Kundl (BBO No. 713951)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
Jak.kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*