**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *STATE OF ILLINOIS, et al.*<br><br>Plaintiffs,<br><br>v.<br><br>*UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.*<br><br>Defendants. | Civil Action No. 1:26-cv-14051 |

**CERTIFICATE OF KATHARINE P. ROBERTS**

In support of my application for admission *pro hac vice* in this matter, I, Katharine P. Roberts, hereby certify that:

1. I am an attorney in the Illinois Office of the Attorney General. I represent the State of Illinois in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Illinois, the Northern District of Illinois, and the Central District of Illinois.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2026

/s/ Katharine P. Roberts

Katharine P. Roberts
IL Bar No. 6342648
500 S. Second St.
Springfield, Illinois 62701
217-843-0954
Katharine.Roberts@ilag.gov