**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *STATE OF ILLINOIS, et al.*<br><br>Plaintiffs,<br><br>v.<br><br>*UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.*<br><br>Defendants. | Civil Action No. 1:26-cv-14051 |

**CERTIFICATE OF ELENA S. METH**

In support of my application for admission *pro hac vice* in this matter, I, Elena S. Meth, hereby certify that:

1. I am an attorney in the Illinois Office of the Attorney General. I represent the State of Illinois in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Illinois, the Northern District of Illinois, the Third Circuit Court of Appeals, and the Seventh Circuit Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2026

/s/ Elena S. Meth

Elena S. Meth
IL Bar No. 6346041
115 S. LaSalle St., 35th Flr.
Chicago, IL 60603
(773) 835-0182
elena.meth@ilag.gov