**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 1:26-cv-14051 |

**MOTION FOR ADMISSION PRO HAC VICE OF DANIEL PING AND NEIL GIOVANATTI**

Pursuant to Local Rule 83.5.3, I, Morgan Carmen, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of Daniel Ping and Neil Giovanatti, a member of the bar of Michigan, to serve as counsel for Plaintiff State of Michigan in this matter.

As set forth in the accompanying certification, Daniel Ping and Neil Giovanatti (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Daniel Ping and Neil Giovanatti *pro hac vice* to the bar of this Court.

September 3, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Morgan Carmen
Morgan Carmen (BBO No.716769)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
Morgan.Carmen@mass.gov

*Counsel for the Commonwealth of Massachusetts*