**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 1:26-cv-14051 |

**CERTIFICATE OF NEIL GIOVANATTI**

In support of my application for admission *pro hac vice* in this matter, I, Neil Giovanatti, hereby certify that:

1. I am an Assistant Attorney General in the Michigan Department of the Attorney General. I represent the State of Michigan in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in: the State of Michigan, the State of New York, the United States Supreme Court, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the D.C. Circuit Court of Appeals, the Federal Circuit Court of Appeals, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Michigan, the United States Court of Federal Claims, and the United States Court of International Trade.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which

I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*Respectfully submitted,*

September 3, 2026

*/s/Neil Giovanatti*
Neil Giovanatti
Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendants
525 W. Ottawa Street
PO Box 30212
Lansing, MI 48909
(517) 241-1050
GiovanattiN@michigan.gov