**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 1:26-cv-14051 |

**CERTIFICATE OF DANIEL PING**

In support of my application for admission *pro hac vice* in this matter, I, Daniel Ping, hereby certify that:

1. I am an assistant attorney general in the Michigan Department of Attorney General. I represent the State of Michigan in the above action.

2. I am a member of the bar in good standing in every jurisdiction that I am currently admitted to practice, including the State of Michigan, the U.S. Supreme Court, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Sixth and Ninth Circuits, the U.S. District Court for the Western District of Michigan, the U.S. District Court for the Eastern District of Michigan, and the U.S. Bankruptcy Court for the Eastern District of Michigan. I was previously admitted to the bar of the State of New York but voluntarily resigned in 2024 for non-disciplinary reasons.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2026

/s/ Daniel Ping
Daniel Ping
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 241-1050
PingD@michigan.gov