**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-14051 |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavits, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Defendants United States Department of Health and Human Services; Robert F. Kennedy, Jr., in his official capacity as Director of Health and Human Services; United States Centers for Medicare and Medicaid Services; Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare & Medicaid Services, in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a Summons and a copy of the Complaint.

September 4, 2026

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Allyson Slater*
Allyson Slater (BBO No. 704545)
*Director, Reproductive Justice Unit*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2811
allyson.slater@mass.gov