**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-14051 |

**DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS**

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I received summonses directed to defendants United States Department of Health and Human Services; Robert F. Kennedy, Jr., in his official capacity as Director of Health and Human Services; United States Centers for Medicare and Medicaid Services; Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare & Medicaid Services.

3. On 9-3-26, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | **Summons Directed To:** | **Summons and Complaint Mailed To:** |
|---|---|---|
| 1 | U.S. Department of Health and Human Services | Department of Health and Human Services<br>Office of the General Counsel<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201 |
| 2 | Robert F. Kennedy, Jr.<br>Director of Health and Human Services | Robert F. Kennedy, Jr.<br>Office of the General Counsel<br>Department of Health and Human Services |

| | | |
|---|---|---|
| | | 200 Independence Ave., S.W.<br>Washington, D.C. 20201<br>Washington D.C. 20260 |
| 3 | U.S. Centers for Medicare & Medicaid Services | U.S. Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, Maryland 21244-1850 |
| 4 | Mehmet Oz<br>Administrator for the Centers for Medicare & Medicaid Services | Mehmet Oz<br>U.S. Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, Maryland 21244-1850 |

4. Additionally, on 9-3-26, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | |
|---|---|
| Attorney General of the United States | Attorney General of the United States<br>Assistant Attorney General for Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |

5. Additionally, on 9-3-26, I ordered in-hand delivery of copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via courier, to:

| | |
|---|---|
| Office of the United States Attorney for the District of Massachusetts | Office of the United States Attorney for the District of Massachusetts<br>Civil-Process Clerk<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

I declare under penalty of perjury that the foregoing is true and correct.

9-3-26
Date

Anthony Petino
Signature

Anthony Petino
Printed Name