**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 1:26-cv-14051 |

## NOTICE OF APPEARANCE

Please enter the appearance of Andres Ivan Navedo as counsel for Plaintiff, the State of New York, in the above-captioned matter.

Respectfully submitted,

Dated: September 15, 2026

**LETITIA JAMES**
Attorney General for the State of New York

/s/ *Andres Ivan Navedo*
Andres Ivan Navedo
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Ivan.navedo@ag.ny.gov
(212) 416-8165

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Andres Ivan Navedo*
Andres Ivan Navedo