UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 26-cv-14051 |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

In an effort to avoid the need to seek emergency relief, counsel for plaintiffs and defendants (hereinafter, "the parties") have conferred and agree that this matter may be resolved expeditiously through cross-motions for summary judgment. In light of the foregoing, the parties jointly propose the schedule below, subject to the Court's approval:

**A. Administrative Record**

The parties agree that this is "an action for review on an administrative record" exempt from Federal Rule of Civil Procedure 26's ordinary requirement for the parties to confer and develop a proposed discovery plan. *See* Fed. R. Civ. P. 26(a)(1)(B)(i) (exempting "an action for review on an administrative record" from initial disclosure obligations); Fed. R. Civ. P. 26(f)(1)–(3) (exempting such actions from the requirement to confer and develop a proposed discovery plan). The parties jointly propose a schedule for production of the administrative record:

Defendants will produce the administrative record by **November 2, 2026**.

**B. Dispositive Motions**

As noted above, the parties agree that this matter may be resolved through cross-motions for summary judgment. The parties therefore propose the following schedule for cross-motions:

1. Plaintiffs' Memorandum in Support of Summary Judgment shall be due **December 17, 2026** [no more than 30 pages].
2. Defendants' Memorandum in Support of Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment shall be due **February 1, 2027** [no more than 35 pages].
3. Plaintiffs' Reply and Cross-Opposition shall be due **March 3, 2027** [no more than 25 pages].
4. Defendants' Reply shall be due **April 2, 2027** [no more than 20 pages].

Additionally, the parties ask the Court to allow Defendants to defer responding to the complaint until after the Court's ruling on the summary judgment motions, to the extent a response is necessary.

Respectfully Submitted,

**KWAME RAOUL**
Attorney General of Illinois

By: <u>*s/ Aleeza Strubel*</u>
ALEEZA STRUBEL
Complex Litigation Counsel
ELIZABETH B. SCOTT
Assistant Attorney General
ABIGAIL R. DURKIN
Assistant Attorney General II
ELENA S. METH
Assistant Attorney General
KATHARINE P. ROBERTS
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., 35th Floor
Chicago, IL 60603
Tel (773) 914-3046
aleeza.strubel@ilag.gov
elizabeth.scott@ilag.gov
abigail.durkin@ilag.gov
elena.meth@ilag.gov
katharine.roberts@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**WILLIAM TONG**
Attorney General of Connecticut

By: <u>*s/ Alma Rose Nunley*</u>
ALMA ROSE NUNLEY*
Assistant Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5318
Alma.nunley@ct.gov

*Attorney for Plaintiff State of Connecticut*

**ROB BONTA**
Attorney General of California

By: <u>*s/ Shireen Farahani*</u>
SHIREEN FARAHANI
HILARY BURKE CHAN
NELI N. PALMA
Deputy Attorneys General
NIMROD PITSKER ELIAS
Supervising Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
hilary.chan@doj.ca.gov
shireen.farahani@doj.ca.gov
nimrod.elias@doj.ca.gov

*Attorneys for Plaintiff State of California*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: <u>*s/ Lauren Gorodetsky*</u>
MICHAEL DREZNER
Senior Assistant Attorney General
LAUREN GORODETSKY
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
Tel (410) 576-7057
lgorodetsky@oag.maryland.gov
mdrezner@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: <u>*s/ Allyson Slater*</u>
ALLYSON SLATER (BBO No. 704545)
Director, Reproductive Justice Unit
ADAM M. CAMBIER (BBO No. 690525)
JAK KUNDL (BBO No. 713951)
MORGAN CARMEN (BBO No. 716769)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
Tel (617) 963-2811
allyson.slater@mass.gov
adam.cambier@mass.gov
jak.kundl@mass.gov
morgan.carmen@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**PHIL WEISER**
Attorney General of Colorado

By: <u>*s/ Gabe Podesta*</u>
GABE PODESTA
RYAN LORCH
Senior Assistant Attorneys General
1300 Broadway, 10th Fl.
Denver, CO 80203
(720) 508-6000
gabe.podesta@coag.gov
ryan.lorch@coag.gov

*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: <u>*s/ Vanessa L. Kassab*</u>
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for Plaintiff State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: <u>*s/ Siena Rose Mary Hohne*</u>
SIENA ROSE MARY HOHNE
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 705-1289
Siena.Hohne@dc.gov

*Attorney for Plaintiff District of Columbia*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai‘i

By: <u>*s/ Kaliko‘onālani D. Fernandes*</u>
KALIKO‘ONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorney for Plaintiff State of Hawai‘i*

**AARON M. FREY**
Maine Attorney General

By: *s/ Kendall R. Schutzer*
KENDALL R. SCHUTZER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8452
Kendall.Schutzer@Maine.gov

*Attorneys for Plaintiff State of Maine*

**DANA NESSEL**
Attorney General for the State of Michigan

By: *s/ Daniel Ping*
DANIEL J. PING
Assistant Attorney General
NEIL GIOVANATTI
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 241-1050
PingD@michigan.gov
GiovanattiN@michigan.gov

*Attorneys for Plaintiff State of Michigan*

**KEITH ELLISON**
Attorney General
State of Minnesota

By: *s/ Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota*

**AARON D. FORD**
Attorney General

By: *s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for Plaintiff State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: *s/ Andrea I. Cavazos*
ANDREA I. CAVAZOS*
KEVIN BUI*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
andrea.cavazos@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General for the State of New York

By: *s/ Rabia Muqaddam*
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
LINDA B. EVARTS
Special Counsel
MOLLY BRACHFELD
ANDRES IVAN NAVEDO
Assistant Attorneys General
28 Liberty St.
New York, NY 10005
(212) 416-8333
rabia.muqaddam@ag.ny.gov
linda.evarts@ag.ny.gov
molly.brachfeld@ag.ny.gov
ivan.navedo@ag.ny.gov

*Attorneys for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: *s/ Allie M. Boyd*
ALLIE M. BOYD
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 947-4700

*Attorney for Plaintiff State of Oregon*

**JOSH SHAPIRO,**
***in his official capacity as Governor of the Commonwealth of Pennsylvania***

JENNIFER SELBER
General Counsel

By: *s/ Aimee D. Thomson*
AIMEE D. THOMSON*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Attorneys for Plaintiff Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: *s/ Lee Staley*
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorney for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: *s/ Samuel B. Stratton*
SAMUEL B. STRATTON*
Assistant Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
sam.stratton@vermont.gov

*Attorney for Plaintiff State of Vermont*

**JAY JONES**
Attorney General of Virginia

By: *s/ Megan C. Keenan*
MEGAN C. KEENAN*
Deputy Solicitor General
202 North Ninth Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us

*Attorney for Plaintiff Commonwealth of Virginia*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: *s/ William McGinty*
WILLIAM MCGINTY
CRISTINA SEPE
Deputy Solicitors General
LAURYN K. FRAAS
NEAL LUNA
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tel (206) 464-7744
william.mcginty@atg.wa.gov
cristina.sepe@atg.wa.gov
lauryn.fraas@atg.wa.gov
neal.luna@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin

By: *s/ Jody J. Schmelzer*
JODY J. SCHMELZER
Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-3094
jody.schmelzer@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

* pro hac vice forthcoming

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed this Motion with the Court's Electronic Court Filing system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

October 7, 2026

*/s/ Aleeza Strubel*
Aleeza Strubel