# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 26-cv-14051 |

**CERTIFICATION AND INDEX—ADMINISTRATIVE RULEMAKING RECORD**

I, Renee Swann, Deputy Director, Regulations Development Group, Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the accompanying index comprise true and correct copies of the administrative rulemaking record for the above-captioned case.

Executed this 2nd day of November, 2026, in Baltimore, Maryland.

RENEE L. SWANN -S Digitally signed by RENEE L. SWANN -S Date: 2026.11.02 14:58:24 -05'00'

Renee Swann
Deputy Director
Regulations Development Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services

Index

| Document | Bates Range |
|---|---|
| Proposed Rule (90 Fed. Reg. 59441 (Dec. 19, 2025)) | 000001 - 000023 |
| Comments Received on Proposed Rule | 000024 - 034105 |
| Other Materials Considered | 034106 - 038265 |
| Final Rule (91 Fed. Reg. 52406 (Aug. 13, 2026)) | 038266 - 038334 |